IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISION, | } } } |
| Plaintiff, | } } Civil No. 3:16-CV-3328-K |
| v. | } } |
| OFF THE AIR II, INC., d/b/a NICK'S SPORTS GRILL, | } } } |
| Defendant. | } } |

## JOINT MEDIATION REPORT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Court's Scheduling Order, the parties, Plaintiff Equal Employment Opportunity Commission ("EEOC" or "Commission") and Defendant Off the Air II, Inc., d/b/a Nick's Sports Grill ("Defendant"), file this Joint Mediation Report. The parties report the following:

1. On March 31, 2017, the Court issued its Scheduling Order for the case, ordering the parties to engage in mediation efforts no later than September 1, 2017, and requiring that a Joint Mediation Report be filed by September 8, 2017.

2. On March 9, 2017, the parties met with U.S. Magistrate Paul Stickney in an attempt to settle the case. The parties were unable to resolve the case during this mediation.

3. On August 17, 2017, the parties met with former judge and mediator Harlan A. Martin in an effort to resolve this case. The parties were unable to reach a settlement during this mediation.

4. The parties reconnected the week of September 4, 2017, and reopened the possibility of coming to an agreement with respect to the injunctive and monetary requests made by the EEOC to resolve the matter. Unfortunately, the parties remained substantially apart with respect to the monetary portion of the Consent Decree.

5. Although there have been two formal and several informal attempts to resolve the case, the parties are unable to agree on a monetary settlement amount. Based on the history of negotiations between the parties, it is highly unlikely that resolution of the matter will be reached before trial.

Respectfully submitted,

JAMES LEE
Acting General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

ROBERT A. CANINO
Regional Attorney
Oklahoma State Bar No. 011782

SUZANNE M. ANDERSON
Supervisory Trial Attorney
Texas State Bar No.  14009470

/s/ Devika Seth
DEVIKA SETH
Senior Trial Attorney
District of Columbia Bar No.  975161

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Dallas District Office
207 South Houston Street, 3rd Floor
Dallas, Texas 75202
Telephone (214) 253-2764
Facsimile  (214) 253-2749

**Attorneys for Plaintiff, U.S. Equal Employment Opportunity Commission**

/s/ Roger Albright
ROGER ALBRIGHT
Texas Bar No. 00974580
Law Offices of Roger Albright
3301 Elm Street
Dallas, Texas  75226
Telephone (214) 939-9222
Facsimile  (214) 939-9229

**Attorney for Defendant, Off the Air II, Inc., d/b/a Nick's Sports Grill**