IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | CIVIL ACTION NO. |
| Plaintiff. | § § § | 3:16-CV-03328-K |
| v. | § § | |
| OFF THE AIR II, INC., d/b/a NICK'S SPORTS GRILL, | § § § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

_____

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
_____

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

LATRICE ANDREWS files this her Notice of Appearance and Request for Notice in the above-styled case, and respectfully requests that all notices given or required to be given in these proceedings and all papers served or requested to be served in these proceedings be served upon the undersigned individual at the following address:

_____
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE                          Page 1

        Latrice E. Andrews
        Sheils Winnubst, P.C.
        1701 N. Collins Boulevard
        Suite 1100
        Richardson, Texas 75080
        Telephone: (972) 644-8181
        Facsimile:  (972) 644-8180
        Email: latrice@sheilswinnubst.com

        Respectfully Submitted,

        SHEILS WINNUBST
        A Professional Corporation

        By:    */s/ Latrice E. Andrews*
                Latrice E. Andrews
                State Bar No. 24063984

        1100 Atrium II
        1701 N. Collins Boulevard
        Richardson, Texas  75080
        Telephone: (972) 644-8181
        Facsimile:  (972) 644-8180
        Email:  latrice@sheilswinnubst.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On the 23rd day of February, 2018, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel and parties of record electronically or by another means authorized through Federal Rule of Civil Procedure 5(b)(2) and Local Rule 7.2.

        /s/ Latrice E. Andrews
        Latrice E. Andrews